IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC<br><br>　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.<br><br>　　Defendant. | Civil Action No. 2:13-cv-00893<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF NETSTAR TECHNOLOGIES LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Civil Procedure Rule 7.1, Plaintiff NetStar Technologies LLC ("NetStar") files this Disclosure Statement and states that Rockstar Consortium US LP is the parent entity of NetStar, and in turn Rockstar Consortium LLC is the general partner of Rockstar Consortium US LP. NetStar further states that the publicly-traded companies that directly or indirectly own 10% or more of NetStar are Apple Inc., Blackberry Limited, Telefonaktiebolaget LM Ericsson (publ), and Microsoft Corporation.

DATED: October 31, 2013　　　　Respectfully submitted,

By: */s/ Max L. Tribble, Jr.*
    Max L. Tribble, Jr. – Lead Counsel
    State Bar No. 20213950
    Alexander L. Kaplan
    State Bar No. 24046185
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666
    mtribble@susmangodfrey.com
    akaplan@susmangodfrey.com

    Justin A. Nelson, State Bar No. 24034766
    Parker C. Folse, III, WA State Bar No. 24895
    SUSMAN GODFREY L.L.P.
    1201 Third Ave, Suite 3800
    Seattle, Washington 98101
    Telephone: (206) 516-3880
    Facsimile: (206) 516-3883
    jnelson@susmangodfrey.com
    pfolse@susmangodfrey.com

*Attorneys for Rockstar Consortium US LP and NetStar Technologies LLC*