IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,**<br><br>       **Plaintiff,**<br><br>  v.<br><br>**GOOGLE INC.,**<br><br>       **Defendant.** | Civil Action No. 2:13-cv-893<br><br>**JURY TRIAL DEMANDED** |

### ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO GOOGLE INC.'S MOTION TO TRANSFER VENUE

Plaintiffs Rockstar Consortium US LP and NetStar Technologies LLC file this unopposed motion for an extension of time to file their opposition to Defendant Google Inc.'s motion to transfer venue up to and including February 20, 2014.  Plaintiffs have conferred with Defendant, who does not oppose this motion. This extension is not for the purpose of delay but rather to properly respond to Google's motion.

DATED:  January 17, 2014         Respectfully submitted

By:   */s/ Justin A. Nelson*
        Max L. Tribble, Jr. – Lead Counsel
        State Bar No. 20213950
        Alexander L. Kaplan
        State Bar No. 24046185
        John P. Lahad
        State Bar No. 24068095
        SUSMAN GODFREY L.L.P.
        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002
        Telephone:  (713) 651-9366

1

Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
akaplan@susmangodfrey.com
jlahad@susmangodfrey.com

Justin A. Nelson, State Bar No. 24034766
Parker C. Folse, III, WA State Bar No. 24895
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnelson@susmangodfrey.com
pfolse@susmangodfrey.com

T. John Ward, Jr., State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@wsfirm.com

*Attorneys for Rockstar Consortium US LP and NetStar Technologies LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Rockstar Consortium US LP and NetStar Technologies LLC conferred with counsel for Defendant on January 16, 2014. Counsel for Defendant agreed to the extension requested in this motion.

*/s/ Justin A. Nelson*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 17th day of January, 2014 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

*/s/ Justin A. Nelson*