| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,<br><br>               Plaintiffs,<br>v.<br><br><br>GOOGLE INC.<br><br>               Defendant. | Civil Action No. 13-cv-00893-RG<br><br>**JURY TRIAL DEMANDED** |

GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO GOOGLE'S MOTION TO TRANSFER

Defendant Google Inc. ("Google") files this Unopposed Motion for Extension of Time to File its Reply to Plaintiffs' Response to Google's Motion to Transfer Venue to the Northern District of California.  Defendant has conferred with Plaintiffs, who do not oppose this Motion, and the parties have agreed to extend Google's reply deadline up to and including March 10, 2014.  This extension is not sought for the purpose of delay but rather to allow Google adequate time to properly respond to the Response brief filed by Plaintiffs.

Respectfully submitted,

**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)


By: _____*/s/ J. Mark Mann*_____
    **J. Mark Mann**
    State Bar No. 12926150
    **G. Blake Thompson**
    State Bar No. 24042033


**ATTORNEYS FOR GOOGLE INC.**


## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Google Inc. conferred with counsel for Plaintiffs on February 25, 2014, and that counsel for Plaintiffs agreed to the extension requested in this Motion.

_____*/s/ J. Mark Mann*_____
**J. Mark Mann**


## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 27th day of February, 2014.

_____*/s/ J. Mark Mann*_____
**J. Mark Mann**