IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Civil Action No. 13-cv-00893-RG |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE A PROPOSED DOCKET CONTROL ORDER, DISCOVERY ORDER, AND NOTICE OF MEDIATOR**

Plaintiffs Rockstar Consortium US LP and Netstar Technologies LLC ("Plaintiffs"), and Defendant Google Inc. ("Google") respectfully submit this Joint Motion for an Extension of Time to File a Proposed Docket Control Order, Discovery Order, and Notice of Mediator.

Currently, the deadline for the parties to submit a proposed docket control order, discovery order, and notice of mediator is April 21, 2014. The parties are diligently conferring and preparing these materials for submission to the Court, but respectfully request a short extension of time in order to finalize the proposed orders and notice of mediator. Good cause exists to grant the requested extension. Under the current schedule, the parties' submissions are due three days after Good Friday – a court holiday, and the day after Easter Sunday. In view of these holidays and corresponding travel schedules, a short extension is necessary to ensure the parties have sufficient time to adequately meet and confer on the proposed submissions. The parties therefore respectfully request an extension, through and including April 25, 2014, to

submit to the Court a proposed docket control order, a proposed discovery order, and a notice of mediator.

| | |
|---|---|
| Respectfully submitted, | |
| */s/ Justin Nelson* | */s/ David A. Perlson* |
| Thomas John Ward, Jr. | James Mark Mann |
|   jw@wsfirm.com |   mark@themannfirm.com |
| Claire Abernathy Henry | Andy Tindel |
|   claire@wsfirm.com |   atindel@andytindel.com |
| Ward & Smith Law Firm | Gregory Blake Thompson |
| PO Box 1231 |   blake@themannfirm.com |
| 1127 Judson Road | Mann Tindel & Thompson |
| Suite 220 | 300 W. Main |
| Longview, TX 75606 | Henderson, TX 75652 |
| 903/757-6400 | 903-657-8540 |
| | |
| Alexander Lyle Kaplan | Charles K. Verhoeven |
|   akaplan@susmangodfrey.com |   charlesverhoeven@quinnemanuel.com |
| John Pierre Lahad | David A. Perlson |
|   jlahad@susmangodfrey.com |   davidperlson@quinnemanuel.com |
| Max Lalon Tribble, Jr. | Sean Pak |
|   mtribble@susmangodfrey.com |   seanpak@quinnemanuel.com |
| Susman Godfrey - Houston | Quinn Emanuel Urquhart & Sullivan |
| 1000 Louisiana Street | 50 California Street, 22nd Floor |
| Ste 5100 | San Francisco, CA 94111 |
| Houston, TX 77002-5096 | 415-875-6600 |
| 713/653-7835 | |
| | Robert Wilson |
| Justin Adatto Nelson |   robertwilson@quinnemanuel.com |
|   jnelson@susmangodfrey.com | Quinn Emanuel Urquhart & Sullivan |
| Kristin Malone | 51 Madison Ave., 22nd Floor |
|   kmalone@susmangodfrey.com | New York, NY 10010 |
| Parker C Folse, III | 212-849-7145 |
|   pfolse@susmangodfrey.com | |
| Susman Godfrey, LLP - Seattle | **ATTORNEYS FOR DEFENDANT** |
| 1201 Third Avenue | **GOOGLE INC.** |

01980.00010/5882817.1

2

Suite 3800
Seattle, WA 98101
206/516-3867

**ATTORNEYS FOR PLAINTIFFS
ROCKSTAR CONSORTIUM US LP AND
NETSTAR TECHNOLOGIES LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record are being served via electronic mail with a copy of this document on April 18, 2014.

                                     */s/ Andrea Pallios Roberts*
                                     Andrea Pallios Roberts
                                     andreaproberts@quinnemanuel.com
                                     QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                     555 Twin Dolphin Dr., 5th Floor
                                     Redwood Shores, CA 94065
                                     Telephone: (650) 801-5000
                                     Facsimile: (650) 801-5100