### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ROCKSTAR CONSORTIUM US LP, et al. | § § | |
| v. | § § | Case No. 2:13-CV-893-JRG-RSP |
| GOOGLE INC. | § § | |

### ORDER

The Court, having considered the Parties' Joint Motion for Entry of Docket Control Order (Opposed in Part) (Dkt. No. 57, filed April 29, 2014) and Joint Motion for Entry of Discovery Order (Opposed in Part) (Dkt. No. 58, filed April 29, 2014), finds that, while it appears the Parties have narrowed their disputes, it appears that the Parties have not used their best efforts to resolve their disputes.  The Court hereby DENIES WITHOUT PREJUDCE the Parties' Motions (Dkt. Nos. 58 and 57) and ORDERS the Parties to meet and confer in person with lead and local counsel on their remaining disputes in the Docket Control and Discovery Orders and to file Proposed Docket Control and Discovery Orders, certifying the results of such in-person meet and confer to the Court, within 7 days.  If the Parties cannot agree on a location for the in-person meet and confer, the meet and confer shall occur in Marshall, TX.

**SIGNED this 30th day of April, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE