IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,<br><br>   Plaintiffs,<br><br>v.<br><br>GOOGLE INC.<br><br>   Defendant. | Civil Action No. 13-cv-00893-RG |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR GOOGLE TO COMPLY WITH P.R. 3-3 AND 3-4

Defendant Google Inc. ("Google") files this Unopposed Motion to Extend the Deadline to Comply with P.R. 3-3 and 3-4. The current deadline for Google to comply is May 19, 2014. The parties agree to extend the deadline for Google to comply with P.R. 3-3 and 3-4 to May 23, 2014.

This motion is not made for delay, and should not impact any other deadline applicable to this litigation.

Accordingly, the parties respectfully request that this Court grant this unopposed motion and extend the deadline for Google to comply with P.R. 3-3 and 3-4 to May 23, 2014.


*/s/ David A. Perlson*

James Mark Mann
 mark@themannfirm.com
Andy Tindel

atindel@andytindel.com
Gregory Blake Thompson
  blake@themannfirm.com
Mann Tindel & Thompson
300 W. Main
Henderson, TX 75652
903-657-8540

Charles K. Verhoeven
  charlesverhoeven@quinnemanuel.com
David A. Perlson
  davidperlson@quinnemanuel.com
Sean Pak
  seanpak@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600

Robert Wilson
  robertwilson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan
51 Madison Ave., 22nd Floor
New York, NY 10010
212-849-7145

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record are being served via electronic mail with a copy of this document on May 16, 2014.

      */s/ Andrea Pallios Roberts*
Andrea Pallios Roberts
andreaproberts@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100