IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE INC.<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-cv-00893-RG |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR GOOGLE TO COMPLY WITH P.R. 3-3 AND 3-4**

The Court has considered Google's Unopposed Motion for an Extension of Time for Google to Comply with P.R. 3-3 and 3-4.

Having reviewed the Unopposed Motion, the Court finds that it should be GRANTED. It is therefore ORDERED that the deadline for Google to comply with P.R. 3-3 and 3-4 is extended to May 23, 2014.