IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant. | Civil Action No. 2:13-cv-893 |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE A PROPOSED E-DISCOVERY ORDER

Before the Court is Plaintiffs' and Google's Joint Motion for Extension of Time to File a Proposed E-Discovery Order. Good cause appearing, the Court hereby GRANTS the Joint Motion. It is therefore ORDERED that the time for the parties to submit a proposed e-discovery order to the Court shall be extended through and including June 17, 2014.

**SIGNED this 19th day of June, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE