IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,<br><br>            Plaintiffs,<br><br>       v.<br><br>GOOGLE INC.<br><br>            Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 13-cv-00893-RG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT GOOGLE INC.'S NOTICE OF COMPLIANCE WITH PATENT LOCAL RULE 4-1

Defendant Google Inc. ("Google") hereby notifies the Court that pursuant to the deadline set in the Court's May 13, 2014 Docket Control Order (D.I. 68), Google served the disclosures required by Patent Local Rule 4-1 on June 24, 2014.

*/s/ David A. Perlson*

James Mark Mann
  mark@themannfirm.com
Andy Tindel
  atindel@andytindel.com
Gregory Blake Thompson
  blake@themannfirm.com
Mann Tindel & Thompson
300 W. Main
Henderson, TX 75652
903-657-8540

Charles K. Verhoeven

   charlesverhoeven@quinnemanuel.com
David A. Perlson
  davidperlson@quinnemanuel.com
Sean Pak
  seanpak@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600

Robert Wilson
  robertwilson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan
51 Madison Ave., 22nd Floor
New York, NY 10010
212-849-7145

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record are being served via electronic mail with a copy of this document on June 25, 2014.

       */s/ Andrea Pallios Roberts*
Andrea Pallios Roberts
andreaproberts@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100