# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC**<br><br>   **Plaintiffs,**<br><br>   v.<br><br>**GOOGLE INC.**<br><br>   **Defendant.** | Case No. 2:13-cv-00893-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' SUR-REPLY TO GOOGLE INC.'S
MOTION FOR EXPEDITED BRIEFING SCHEDULE ON
PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF
IN RESPONSE TO GOOGLE'S MOTION TO TRANSFER, AND,
GOOGLE'S REQUEST, IN THE ALTERNATIVE,
TO STAY PENDING RESOLUTION OF GOOGLE'S TRANSFER MOTION**

Google's Motion for Expedited Briefing requested that Plaintiffs' Reply on their Motion for Leave (and in response to Google's purported "Cross-Motion" to Stay) should be due on June 30, 2014, and Google's Sur-Reply should be due on July 2, 2014. Plaintiffs respectfully submit that the motion for an expedited briefing schedule must be denied for at least three reasons. First, the motion is now moot because the expedited briefing deadlines Google sought have passed. Second, the motion is also moot because Plaintiffs filed a Motion to Strike Google's combined opposition and "cross-motion" for violating Local Rule CV-7(a) rather than acceding to Google's violation of the Local Rules by filing a single, combined "reply" to both its own motion and Google's improper "cross-motion" to stay the case. Third, to the extent that Google wishes to seek an expedited briefing schedule on a motion to stay the case, it is required to actually file such a motion pursuant to Local Rule CV-7(a), for the reasons set forth in Plaintiffs' pending Motion to Strike. *See* Dkt. No. 100. For the foregoing reasons, Plaintiffs respectfully request that the Court deny Google's motion for an expedited briefing schedule.

DATED:  July 10, 2014                Respectfully submitted,

By:   */s/ Amanda K. Bonn*
        Max L. Tribble, Jr. – Lead Counsel
        State Bar No. 20213950
        Alexander L. Kaplan, State Bar No. 24046185
        John P. Lahad, State Bar No. 24068095
        Shawn Blackburn, State Bar No.
        **SUSMAN GODFREY L.L.P.**
        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002
        Telephone:  (713) 651-9366
        Facsimile:  (713) 654-6666
        mtribble@susmangodfrey.com
        akaplan@susmangodfrey.com
        jlahad@susmangodfrey.com
        sblackburn@susmangodfrey.com

Justin A. Nelson, State Bar No. 24034766
Parker C. Folse, III, WA State Bar No. 24895
Kristin Malone, WA State Bar No. 46251
**SUSMAN GODFREY L.L.P.**
1201 Third Ave, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
jnelson@susmangodfrey.com
pfolse@susmangodfrey.com
kmalone@susmangodfrey.com

Amanda K. Bonn, CA State Bar No. 270891
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3131
Facsimile: (310) 789-3150
abonn@susmangodfrey.com

T. John Ward, Jr., State Bar No. 00794818
Claire Abernathy Henry, State Bar No. 24053063
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, TX  75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@wsfirm.com
claire@wsfirm.com

S. Calvin Capshaw, State Bar No. 03783900
Elizabeth L. DeRieux, State Bar No. 05770585
D. Jeffrey Rambin, State Bar No. 00791478
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX  75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

*Attorneys for Rockstar Consortium US LP and NetStar Technologies LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 10th day of July, 2014 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

*/s/ Amanda K. Bonn*