IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Civil Action No. 13-cv-00893-RG<br><br>**JURY TRIAL DEMANDED** |

### ORDER ON GOOGLE INC.'S UNOPPOSED MOTION FOR ISSUANCE OF LETTERS ROGATORY TO NORTEL NETWORKS CORPORATION, BRIAN COLLIE, AND JEAN-PIERRE FORTIN

Before the Court is Google Inc.'s Unopposed Motion for Issuance of Letters Rogatory to Nortel Networks Corporation, Brian Collie, and Jean-Pierre Fortin.  Good cause appearing, the Court GRANTS Google's Motion.

**SIGNED this 14th day of August, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE