# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

## 14-152 - In re: Google Inc.

**Date of docketing:** August 29, 2014

A petition for writ of mandamus has been filed.

**Name of Petitioner:  Google Inc.**

**Name of respondent(s),** if known: **Rockstar Consortium US LP, Netstar Technologies LLC**

**Related action(s):** if known: United States District Court for the Eastern District of Texas  2:13-cv-893

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

The official caption is reflected on the electronic docket under the listing of the parties and counsel. Counsel may download the Rules of Practice and required forms from www.cafc.uscourts.gov.

Daniel E. O'Toole
Clerk of Court

cc: United States District Court for the Eastern District of Texas
Carl G. Anderson
David Andrew Perlson
Max Lalon Tribble Jr.
Charles Kramer Verhoeven
Robert B. Wilson