NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE GOOGLE INC.,**
*Petitioner.*

---

2014-152

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:13-cv-893, Judge J. Rodney Gilstrap.

---

**ON PETITION**

---

PER CURIAM.

**O R D E R**

Google Inc. submits a petition for a writ of mandamus directing the United States District Court for the Eastern District of Texas to rule on its pending motion to transfer venue and to stay all other proceedings until the district court rules on the transfer motion.

Upon consideration thereof,

IT IS ORDERED THAT:

Respondents Rockstar Consortium US LP and Netstar Technologies LLC are directed to respond to the petition no later than seven days after the issuance of this

2                                                                IN RE GOOGLE INC.

order.  Any reply by Google is due no later than three days from the date of service of the response.

>                              FOR THE COURT
>
>                              /s/ Daniel E. O'Toole
>                              Daniel E. O'Toole
>                              Clerk of Court

s19