IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 13-cv-00893-RG |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| GOOGLE INC. | ) ) | **FILED UNDER SEAL** |
| Defendant. | ) ) ) | |

### GOOGLE'S COMPLIANCE REGARDING TECHNOLOGY TUTORIAL

NOW COMES Defendant Google Inc. ("Google") and, according to the Court's May 13, 2014 Docket Control Order [Dkt #68], hereby notifies the Court that on September 16, 2014, Google submitted the Technology Tutorial via hand delivery to the Court. A copy of the Technical Tutorial was also served on Plaintiffs via ftp/email on September 16, 2014.


DATED: September 17, 2014          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ David Perlson
_____

J. Mark Mann
State Bar No. 12926150
G. Blake Thompson
State Bar No. 24042033
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven
   charlesverhoeven@quinnemanuel.com

David A. Perlson
  davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone: (415) 875 6600
Facsimile: (415) 875 6700

*Attorneys for Google Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 17, 2014.

/s/ *Antonio Sistos*

Antonio Sistos