IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROCKSTAR CONSORTIUM US LP<br>AND NETSTAR TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 13-cv-00893-JRG-RSP |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| GOOGLE INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF SAM STAKE IN SUPPORT OF
GOOGLE'S MOTION FOR HEARING**

I, Sam Stake, declare as follows:

1.      I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP,
counsel for Defendant Google Inc. ("Google") in this matter.  I have personal knowledge of the
facts stated herein and if called to testify could and would competently testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of an email exchange between
counsel for Google (Mr. Perlson) and counsel for Plaintiffs (Mr. Nelson).


I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.  Executed September 22, 2014 in Tiburon, California.



_____

Sam Stake