IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | Civil Action No. 13-cv-00893-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING GOOGLE'S MOTION FOR HEARING

Before the Court is Google's Motion for Hearing on Its Motion To Transfer (Dkt. 18), Cross-Motion To Stay (Dkt. 97), Motion for the Court To Enter Its Model Order (Dkt. 105), Motion To Strike Plaintiffs' Infringement Contentions (Dkt. 122), and Motion To Compel Complete Interrogatory Responses (Dkt. 136). Good cause appearing, the Court GRANTS Google's Motion. It is hereby ORDERED that a hearing on the following motions will be held on October 9, 2014:

- Google's Motion To Transfer Venue to the Northern District of California (Dkt. 18)
- Google's Cross-Motion, in the Alternative, To Stay Pending Resolution of Its Transfer Motion (Dkt. 97)
- Google's Motion for the Court To Enter Its [Model] Order Focusing Patent Claims and Prior Art To Reduce Costs, Limit the Number of Asserted Claims, and To Extend the Deadline for the Parties To Comply with P.R. 4-2 (Dkt. 105)
- Google's Motion To Strike Plaintiffs' Infringement Contentions (Dkt. 122)
- Google's Motion To Compel Complete Interrogatory Responses (Dkt. 136)