# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**GOOGLE INC.,**<br><br>    **Defendant.** | **Civil Action No. 2:13-cv-893** |

### ORDER GRANTING ROCKSTAR'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT BY ONE PAGE

Before the Court is Plaintiffs' unopposed motion to exceed the page limit in its reply claim construction brief. It is hereby ORDERED that the unopposed motion to exceed the page limit is GRANTED. Plaintiffs shall have one additional page in its reply claim construction brief.

**SIGNED this 9th day of October, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE