# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROCKSTAR CONSORTIUM US LP, et al. | § § | |
| v. | § § | Case No. 2:13-CV-893-JRG-RSP |
| GOOGLE INC. | § § | |

## ORDER

Before the Court is the Joint Claim Construction Chart Pursuant to Patent Rule 4-5(d) filed by the parties on October 14, 2014 (Dkt. No. 200). In reviewing the substantive disputes set forth in that filing, the Court observes that the parties have a substantial number of claim terms presently in dispute. The parties are **ORDERED** to meet and confer no later than Friday, October 24, 2014, and diligently engage in an effort to either reduce the number of terms for construction or reach an agreeable construction between the parties. The parties are encouraged to work collaboratively during the meet-and-confer process to identify a manner in which to efficiently and economically present their arguments during the October 28, 2014 hearing.

The parties are further **ORDERED** to file a joint notice with the Court no later than Monday, October 27, 2014 detailing any agreements arising from this meet and confer.

**SIGNED this 20th day of October, 2014.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE