IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Civil Action No. 13-cv-00893-JRG-RSP |

## ORDER ON GOOGLE INC.'S UNOPPOSED MOTION FOR ISSUANCE OF LETTER ROGATORY TO KSHITIJ BHATIA

Before the Court is Google Inc.'s Unopposed Motion for Issuance of Letter Rogatory to Kshitij Bhatia. Good cause appearing, the Court GRANTS Google's Motion.

**SIGNED this 21st day of October, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1