IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 13-cv-00893-JRG-RSP |
| v. | ) ) | |
| GOOGLE INC. | ) ) | |
| Defendant. | ) ) ) | |

**ORDER ON GOOGLE INC.'S UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST TO EDOUARD GUEYFFIER**

Before the Court is Google Inc.'s Unopposed Motion for Issuance of Letter of Request to Edouard Gueyffier. Good cause appearing, the Court GRANTS Google's Motion.

**SIGNED this 21st day of October, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE