IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Civil Action No. 13-cv-00893-JRG-RG<br><br>**JURY TRIAL DEMANDED** |

## GOOGLE'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Defendant Google Inc. seeks leave of the Court to exceed the page limit in its Expedited Motion To Compel Discovery by three pages. At the October 9, 2014 hearing, both parties agreed to brief all discovery disputes in an expedited manner. The number of issues that Google seeks to address in its Expedited Motion To Compel Discovery as well as the parties' agreement to brief all disputes at once necessitate a brief of eighteen pages in length. Further, the Court granted leave to Plaintiffs to exceed the fifteen page limit by three pages for its Expedited Motion To Compel Discovery From Google. (Dkt. 239.) Google respectfully requests that this Court grant leave to exceed the fifteen page limit by three pages. Rockstar does not oppose this request.

DATED: November 3, 2014                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                                By     /s/ David Perlson

                                                J. Mark Mann
                                                State Bar No. 12926150
                                                G. Blake Thompson
                                                State Bar No. 24042033
                                                MANN | TINDEL | THOMPSON
                                                300 West Main Street
                                                Henderson, Texas 75652
                                                (903) 657-8540
                                                (903) 657-6003 (fax)

                                                QUINN EMANUEL URQUHART &
                                                SULLIVAN, LLP
                                                Charles K. Verhoeven
                                                  charlesverhoeven@quinnemanuel.com
                                                David A. Perlson
                                                  davidperlson@quinnemanuel.com
                                                50 California Street, 22nd Floor
                                                San Francisco, California  94111-4788
                                                Telephone: (415) 875 6600
                                                Facsimile: (415) 875 6700

                                                *Attorneys for Google Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 3, 2014.

/s/ *Sam Stake*

Sam Stake
