IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC.<br><br>Defendant. | Civil Action No. 13-cv-00893-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

# [PROPOSED] ORDER GRANTING GOOGLE'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Before the Court is Google Inc.'s Unopposed Motion To Exceed Page Limit for Google's Expedited Motion To Compel Discovery. The Court, having reviewed this motion and the other relevant papers in this action, finds that the motion should be granted. It is hereby ORDERED that the motion to exceed page limit is GRANTED. Google's Expedited Motion To Compel Discovery may exceed the fifteen page limit by three pages.