IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE INC.<br><br>    Defendant. | Civil Action No. 2:13-cv-00893-JRG-RSP |

## ORDER GRANTING GOOGLE'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO FILE REPLIES IN SUPPORT OF EXPEDITED MOTIONS TO COMPEL DISCOVERY

Before the Court is Google's Unopposed Motion for Extension of Time for the Parties to File Replies in Support of Expedited Motions To Compel Discovery. Good cause appearing, the Court hereby GRANTS the Motion. It is therefore ORDERED that the time for the parties to file any replies in support of their expedited motions to compel discovery (Dkt. 222; Dkt. 245) shall be extended to November 11, 2014.

**SIGNED this 10th day of November, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE