# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROCKSTAR CONSORTIUM US LP, et al. | § § | |
| v. | § § | Case No. 2:13-CV-893-JRG-RSP |
| GOOGLE INC. | § § | |

## ORDER DENYING GOOGLE'S MOTION TO EXCEED PAGE LIMIT

Before the Court is Google Inc.'s Unopposed Motion To Exceed Page Limit for Google's Reply in Support of Its Expedited Motion To Compel Discovery. Because good cause has not been shown, it is hereby ORDERED that the motion is DENIED.

**SIGNED this 12th day of November, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE