IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| ROCKSTAR CONSORTIUM US LP, et al. | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No. 2:13-CV-893-JRG-RSP |
| | § | |
| GOOGLE INC. | § | |

## ORDER DENYING ROCKSTAR'S MOTION TO EXCEED PAGE LIMIT

Before the Court is Rockstar's Motion to Exceed the Page Limit in its Reply in Further Support of its Expedited Motion to Compel Discovery from Google. Because good cause has not been shown, it is hereby ORDERED that the motion is DENIED.

**SIGNED this 12th day of November, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE