# EXHIBIT A



| Home | About Us | Services | Contact Us | Blog |

Get Instant Quote!

Name*

Email*

Phone*

Services Required *

Select a Service

Enter Code *

Submit





## Our Services

- **IP Evolution**
  - » Patentability/Novelty Searches
  - » Accelerated Examination Searches
  - » Bio-Sequence Searches
  - » Chemical Structure Searches
  - » Patent Application Drafting
  - » Patent Illustration
  - » Patent Filing
  - » Trademark Search
  - » Trademark Filing
- **IP Management**
- **IP Monetization**

## Prior Art Search Services

Menteso is an expert of prior art searches. Our team has successfully completed more than 3500+ Prior Art Search projects.

We have expertise in below technological domains:



We have domain experts and they prepare punctiliously analysed strings for our search. We meticulously work around the key words relevant to the subject matter. We customize the reports as per the client's requirements. Our searching strategies include key word based search, classification based search, assignee based search and inventor based searches. Our prior art search services include:

- Patentability/Novelty Searches
- Validity/Invalidity Searches
- Accelerated Examination Searches
- Bio-Sequence Searches
- Chemical Structure Searches
- Freedom To Operate (FTO)/Clearnace Searches
- State of the Art Searches



We perform Patent Prior Art Searches in the following Jurisdictions:
- US Patent Publications (Applications & Granted Patents);
- Canadian Publications (Granted & Applications)
- European Patents (Applications & Granted);
- German Patents (Applications & Granted);
- WIPO PCT Publications;
- Patent Abstracts of Japanese, Chinese and Korean Patents; and
- French and British Applications

We perform Non-Patent Prior Art Searches on the following areas and media:
- Scientific Research Publications including IEEE articles and other online databases;
- Web and Old website Search;
- Products and Product Manuals;
- Newspaper/Magazine Archives; and
- Company Whitepapers etc.

### Our Services
- IP Evolution
- IP Management
- IP Monetization

### About Us
| | |
|---|---|
| Why Menteso? | Our Clients |
| Our Team | Mission & Values |
| Testimonials | Engagement Models |
| Office Premises | Menteso at Conferences |
| Case Studies | Press Releases |

### Home
- Careers
- Contact Us
- Blog
- Disclaimer
- Privacy Policy

© Copyright 2013. Menteso ® All Rights Reserved.