# EXHIBIT B

infoseek

+Lance

Web    News    Images    Shopping    Videos    More ▾    Search tools

About 6,850,000 results (0.25 seconds)

### Infoseek - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/**Infoseek** ▾  Wikipedia ▾
**Infoseek** was a popular search engine founded in 1994 by Steve Kirsch. **Infoseek** was originally operated by the **Infoseek** Corporation, headquartered in ...
You've visited this page many times. Last visit: 9/4/14

### Go.com | The Walt Disney Company
go.com/ ▾  Go.com ▾
Go.com is the top-level home on the Internet to the online properties of The Walt Disney Company.

### 楽天が運営するポータルサイト：【インフォシーク】Infoseek
www.**infoseek**.co.jp/ ▾  Translate this page
楽天グループのポータルサイト。検索、ニュース、SocialNews、女性向けに楽天woman、楽天レシピなど、多彩なサービスを展開。楽天スーパーポイント獲得コンテンツも ...
Infoseek ニュース - ラッキーBingo - Infoseek ポイナビ - 総合トピックス

### Infoseek Australia
www.**infoseek**.com.au/ ▾
**Infoseek**. Wednesday, November 05. Make **Infoseek** your Home Page ... **Infoseek** .com.au is owned by Orange Digital Media | **Infoseek** is managed and designed ...

### Lycos
www.lycos.com/ ▾  Lycos ▾
North American portal with email, YellowPages, heavily integrated search engine, personal settings and weather.
Lycos Mail - Lycos News - Lycos Video - Lycos Shopping

### Infoseek News - SEW
searchenginewatch.com/topic/**infoseek** ▾  Search Engine Watch ▾
Trending news about **infoseek**. Search Engine Watch is the authoritative guide to search engine marketing (SEM) and search engine optimization (SEO), ...

### Sinclair Infoseek - World of Spectrum
www.worldofspectrum.org/**infoseek**.cgi ▾
A description for this result is not available because of this site's robots.txt – learn more.

### Infoseek, Brand of My5 Technologies Pvt. Ltd. - Lucknow ...
https://www.facebook.com/**Infoseek**.My5 ▾
**Infoseek**, Brand of My5 Technologies Pvt. Ltd., Lucknow, India. 817 likes · 3 talking about this · 5 were here. **Infoseek** is a Brand of My5 Technologies...

### Infoseek | Define Infoseek at Dictionary.com
dictionary.reference.com/browse/**infoseek** ▾  Dictionary.com ▾
company. A company providing **InfoSeek** Net Search, a free World-Wide Web search service which, in August 1995, indexed the full text of over 400,000 web ...

### What is Infoseek? - A Word Definition From the Webopedia ...
www.webopedia.com › TERM › I ▾
This page describes the term **Infoseek** and lists other pages on the Web where you can find additional information.

Searches related to infoseek

# Infoseek
Corporation

Infoseek was a popular search engine founded in 19
Infoseek was originally operated by the Infoseek Co
headquartered in Sunnyvale, California. Wikipedia

**Founder:** Steve Kirsch

**Founded:** 1994

## People also search for

  

Excite    Lycos    LookSmart    Rakut

**search engines**          infoseek **corporation**

**lycos**          infoseek **mail**

Goooooooooogle ❯

**people search**          infoseek **technologies**

1  2  3  4  5  6  7  8  9  10          **Next**

**excite**          infoseek **percentage calculator**

⬤ Pico-Union, Los Angeles, CA - From your Internet address - **Use precise location** - Learn more

Help          Send feedback          Privacy & Terms



Google | infoseek | 🔍 | +Lance

Web   News   Images   Shopping   Videos   More ▾   Search tools

Page 2 of about 6,850,000 results (0.22 seconds)

### Infoseek ポイナビ: 楽天スーパーポイントがお得に貯まるポイント ...
point.**infoseek**.co.jp/ ▾ Translate this page
楽天スーパーポイントをお得に貯めることのできるポイントサイト。無料でポイントを集めて楽しくお買物♪楽天市場のお得なキャンペーン、くじ、メールdeポイントでポイントを ...

### InfoSeek - Encyclopedia - The Free Dictionary
encyclopedia2.thefreedictionary.com/Www.**infoseek**.com ▾
One of the first major search engines on the Web. In 1999, in partnership with the Walt Disney Company, it became Go.com (www.go.com). In 2001, Disney ...

### Disney absorbs Infoseek - Jul. 12, 1999 - CNN Money
money.cnn.com/1999/07/12/deals/disney/ ▾   CNNMoney ▾
Jul 12, 1999 - NEW YORK (CNNfn) - In a widely anticipated move, Walt Disney Co. Monday agreed to acquire the 58 percent of Web portal **Infoseek** Corp. it ...

### Pvt. Ltd. Infoseek Software Systems - LinkedIn
https://www.linkedin.com/.../**infoseek**-software-systems-brand-o... ▾   LinkedIn ▾
Learn about working at **Infoseek** Software Systems ( Brand of My5 Technologies Pvt. Ltd. ). Join LinkedIn today for free. See who you know at **Infoseek** Software ...

### Infoseek メール（Windows Live）
special.**infoseek**.co.jp/mail/minsyu.html ▾ Translate this page
Yahoo!メールやGmail、ISPのメールアドレスなど複数のメールアカウントを持っている場合、**Infoseek** メールなら一括でメールチェックをすることができます。複数のメールを ...

### The Guide - Infoseek - Sunstorm Systems
www.sunstorm.com/amazing/**infoseek**.htm ▾
Search Tips. **Infoseek** features "Extra Search Precision" (E.S.P.). > Most users routinely use one or two word searches to find information on common topics.

### Infoseek ニュース - ニュース速報、芸能スクープなど満載
news.**infoseek**.co.jp/ ▾ Translate this page
楽天が運営するニュースサイト。新聞社・通信社が配信する様々なジャンルの最新ニュースを掲載。

### Infoseekマルチ翻訳
translation.**infoseek**.ne.jp/ ▾ Translate this page
テキストやウェブページを翻訳する無料オンラインサービスです。日本語、英語、中国語、韓国語、フランス語、ドイツ語、スペイン語、ポルトガル語、イタリア語を相互に翻訳 ...

### InfoSeek Search Engine
www.pages.drexel.edu/~mnb24/**infoseek**.html ▾
**Infoseek** has a spider which searches the web. Approximately a week after you submit a site, the spider crawls out there and verifies the pages you submitted ...

### Go (Infoseek) Review - Search Engine Showdown
www.searchengineshowdown.com/features/**infoseek**/ ▾
Reviews search and display features of Go (**Infoseek**).

### Free Infoseek Download
Ad  download.cnet.com/Download ▾
Download the Latest Version Today. Free and Fast Download!
Highly Rated · Download in Seconds · Always Fast & Free · Editor Reviews

ⓘ

extremely simple and the selection is phenomenal — TopTenReviews

## Info Seek
`Ad`  www.ask.com/Info+Seek ▾
**Info Seek**. Discover and Explore on Ask.com!
Ask.com has 18,991 followers on Google+

Videos - News - Images

Searches related to infoseek

| | |
|---|---|
| **search engines** | infoseek **corporation** |
| **lycos** | infoseek **mail** |
| **people search** | infoseek **technologies** |
| **excite** | infoseek **percentage calculator** |

‹ Goooooooooogle ›

**Previous**   1 **2** 3 4 5 6 7 8 9 10   **Next**

● Pico-Union, Los Angeles, CA - From your Internet address - **Use precise location** - Learn more

Help    Send feedback    Privacy & Terms



Google  infoseek                          🔍          +Lance

Web    News    Images    Shopping    Videos    More ▾    Search tools

Page 3 of about 6,850,000 results (0.21 seconds)

### INFOSEEK | Inspiring Solutions
www.**infoseek**.lk/ ▾
**Infoseek** Solutions @ Werassa Ganga Project The Bellanwila section of the Werassa Ganga Development Project was declared opened for public on Tuesday ...

### infoseek | CrunchBase
www.crunchbase.com/organization/**infoseek** ▾
**Infoseek** was a search engine operated by **Infoseek** Corporation in the early 1990s. The search engine was a pioneer in marketing advertisements on its site ...

### Disney Abandons InfoSeek Brand - Forbes
www.forbes.com/2000/12/01/1201**infoseek**.html ▾    Forbes ▾
Dec 1, 2000 - **InfoSeek**, once a valuable Internet property, fell victim to Disney's wavering Web strategy.

### Traning at Infoseek - Supplier Profile | Training Industry
www.trainingindustry.com/suppliers/t/traning-at-**infoseek**.aspx ▾
**Infoseek** was founded in Dec 2004. Training at **Infoseek** is an initiative of **Infoseek**, Brand of My5 Technologies Pvt. Ltd. to fill in the gap between studies at an ...

### Infoseek 天気
**infoseek**.tenki.jp/ ▾ · Translate this page
tenki.jpは、日本気象協会が運営する天気予報専門サイトです。ピンポイントな天気予報に加え、専門的な気象情報、地震・津波などの防災情報を提供します。気象予報士が ...

### Info Seek | Origins Online
www.originsonline.org/educator-help/**info-seek** ▾
Community Level 1 - Acquainted Materials: Clipboards, premade survey sheets, pencils.

### Infoseek Internet Search Engine Summary
www.umsl.edu/~munsr/.../**infoseek**.htm ▾    University of Missouri–St. Louis ▾
**Infoseek**, Uses "+" and "-" default is OR, Yes, Automatically retrieves multiple forms of words, Yes; Place double quotes around phrases, Yes; Place words inside ...

### Infoseek Technologies
**infoseek**technologies.com/ ▾
Let Us to Build Something Better – So You Can Go Sell More of It. A leading provider of digital print marketing designed specifically for local businesses.

### Infoseek 乗換案内
transfer.**infoseek**.co.jp/ ▾ · Translate this page
**Infoseek** 乗換案内は、電車・バスでの移動にかかせない「路線検索」や「時刻表検索」はもちろん、ドライブに利用できる「車ルート検索」もご提供！パソコンだけでなく ...

### Infoseek Corporation - Businessweek
investing.businessweek.com/.../snapshot.asp?... ▾    Bloomberg Businessweek ▾
As of November 18, 1999, **Infoseek** Corporation was acquired by Walt Disney Co. **Infoseek** Corporation provided Internet search and navigation technology, and ...

### Infoseek
Ad  us.mail.com/**infoseek** ▾
Look For **Infoseek** Explore The Web with Mail.com!

Searches related to infoseek

| | |
|---|---|
| **search engines** | infoseek **corporation** |
| **lycos** | infoseek **mail** |
| **people search** | infoseek **technologies** |
| **excite** | infoseek **percentage calculator** |



‹ Goooooooooogle ›

**Previous**     1  2  **3**  4  5  6  7  8  9  10     **Next**

● Pico-Union, Los Angeles, CA - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy & Terms



Google    infoseek                              🔍    +Lance

Web    News    Images    Shopping    Videos    More ▾    Search tools

Page 4 of about 6,850,000 results (0.29 seconds)

**InfoSeek dictionary definition | InfoSeek defined**
www.yourdictionary.com/**infoseek** ▾  yourDictionary.com ▾
One of the first major search engines on the Web. In 1999, in partnership with the Walt
Disney Company, it became Go.com (www.go.com). In 2001, Disney ...

**WAP Only - Infoseek**
www.**infoseek**.de/wml/index.wml ▾
A description for this result is not available because of this site's robots.txt – learn more.

**Articles about Infoseek Corp - Los Angeles Times**
articles.latimes.com › Collections ▾
**Infoseek** Corp News. Find breaking news, commentary, and archival information about
**Infoseek** Corp From The Los Angeles Times.

**InfoSeek Ultra: (Yet Another) Web Search Engine | Ariadne ...**
www.ariadne.ac.uk/issue5/web-searching ▾  Ariadne ▾
Sep 18, 1996 - **InfoSeek** Ultra (http://ultra.**infoseek**.com) is a new search engine service
from the **InfoSeek** Corporation, a Californian company with some years ...

**Infoseek Guide - Masterstech-home.com**
www.masterstech-home.com/links/.../**Infoseek**.../**Infoseek**Guide.html ▾
**Infoseek** and the **Infoseek** logo are trademarks of **Infoseek** Corporation. Copyright ©
1995, 1996 **Infoseek** Corporation. All rights reserved. Disclaimer ...

**Computer, Telephony and Electronics Glossary and Dictionary**
www.csgnetwork.com/glossaryi.html ▾
infobahn. information superhighway. **Infoseek**. infranet. infra-red. infrasound. INIT.
initialize. initialization. inode. input box. install. installation. instant messaging.

**The History Of InfoSeek - Best Web Hosting**
www.webhostingreport.com › Learn More › Tech › Tech Page 2 ▾
**Infoseek** was founded in 1994 by a brilliant engineer named Steve Kirsch. It became an
extremely popular search engine and had the nick name of "Big Yellow."

**Infoseek Goes Bilingual - Wired**
archive.wired.com/news/technology/0,1282,16221,00.html ▾
**Infoseek**, one of the Web's largest search engines, said Thursday that it will make new
searching software available next week -- software that can interpret ...

**Searching The Internet - Advanced InfoSeek**
iul.com/searchin/**infoseek**.htm ▾
**InfoSeek** - Features, **InfoSeek** - When To Use It. Index contains Web pages, Usenet
Newsgroups, FAQs, Email Addresses & more. Strange Advanced Search ...

**Infoseek Software Systems - IndiaMART**
www.indiamart.com › ... › Web Development & Marketing Services ▾
In the start, **Infoseek** offered only simple website design and PHP/Mysql based
development to the clients in north america (USA and canada). In last 8 .

Searches related to infoseek

search engines          infoseek **corporation**

**lycos**                  infoseek **mail**

**people search**          infoseek **technologies**

**excite**          infoseek **percentage calculator**

‹ Goooooooooogle ›

**Previous**     1  2  3  **4**  5  6  7  8  9  10     **Next**

● Pico-Union, Los Angeles, CA - From your Internet address - **Use precise location** - Learn more

Help     Send feedback     Privacy & Terms



Google

infoseek

+Lance

Web    News    Images    Shopping    Videos    More ▾    Search tools

Page 5 of about 6,850,000 results (0.22 seconds)

### infoseek (@blckL0gic) | Twitter
https://twitter.com/blckL0gic ▾
The latest Tweets from **infoseek** (@blckL0gic): "Programming is not math! To reduce a subject to a tool used in the subject is reductionist to the extreme.

### Doctors Infoseek
www.doctors**infoseek**.com/ ▾
A description for this result is not available because of this site's robots.txt – learn more.

### infoseek.pl-|| - najlepsze wyszukiwarki tematyczne i kanały ...
www.**infoseek**.pl/ ▾ Translate this page
www Polska| www Świat| Encyklopedie| Adresy firm| Grafika| Aukcje| Porównywarki cen| Mapy|. Samochody | Nieruchomości | Praca | Ogłoszenia |. Inne >>.

### AllWeb Software - Buy now
www.allweb-soft.com/buy.htm ▾
You can choose to register **InfoSeek** Personal Version, **InfoSeek** Standard ... The registration fee for a single copy license of **InfoSeek**/FastSeek Personal ...

### TelPowered Solutions
www.telpowered.com/ ▾
TelPowered.com. Please email admin <at> telpowered.com for information and updates. www.telpowered.tel. PO Box 1286. Columbia, SC 29202. United States ...

### InfoSeek Definition from PC Magazine Encyclopedia
www.pcmag.com/encyclopedia/term/44975/**infoseek** ▾ PC Magazine
One of the first major search engines on the Web. In 1999, in partnership with the Walt Disney Company, it became Go.com (www.go.com). In 2001, Disney ...

### Infoseek | Former Investments | HV Holtzbrinck Ventures ...
www.holtzbrinck-ventures.com/index.php?**infoseek**_en ▾
**Infoseek**. **infoseek**.jpg. Central to **Infoseek** was a comprehensive information and search portal, based on **Infoseek** search engine technology. Top Print. Deutsch.

### InfoSeek -- Search Engine History - Salient Marketing
www.salientmarketing.com › resources › history of search engines ▾
**InfoSeek** became a true web search engine is a matter of some discussion. Initially Steven Kirsch's **InfoSeek** Guide... a brief history of search engines...

### InfoSeek Standard Version - Download
**infoseek**-standard-version.en.softonic.com/ ▾
Free - Windows - Utilities/Tools
**InfoSeek** Standard Version, free download. **InfoSeek** Standard Version 3.2: **InfoSeek** - the advanced search tool for targeted infomation,...

### BBC News | The Company File | Disney buys out Infoseek
news.bbc.co.uk/2/hi/.../392810.stm ▾ British Broadcasting Corporation
Walt Disney says it aims to be king of the Internet jungle as it unveils plans to merge **Infoseek** with its online operations under the new name, go.com.

Searches related to infoseek

search engines    **infoseek** corporation

**lycos**

**people search**

**excite**

infoseek **mail**

infoseek **technologies**

infoseek **percentage calculator**

‹ Goooooooooogle ›

**Previous**   1 2 3 4 **5** 6 7 8 9 10   **Next**

● Pico-Union, Los Angeles, CA - From your Internet address - **Use precise location** - Learn more

Help    Send feedback    Privacy & Terms



**Web**  News  Images  Shopping  Videos  More ▾   Search tools

Page 6 of about 6,850,000 results (0.94 seconds)

### Infoseek (Go) - Submit Corner
www.submitcorner.com › Guides › Search Engine Guide ▾
**Infoseek** is a moderate size search engine with growing popularity since its recent partnership with Disney to form the Go Network. Joining with the Go Network ...

### Infoseek - Battery Ventures
www.battery.com/our-companies/.../**infoseek**/ ▾   Battery Ventures L.P ▾
A World Wide Web search engine developed by **Infoseek** Corporation. In addition to providing a full-text search engine, **Infoseek** also provides categorized lists ...

### Mosaic Communications Corporation: Internet Search
home.mcom.com/home/internet-search.html ▾
Internet Search. If you're trying to find a particular page on the Internet, you can use one of the many available online Search Engines. These search engines ...

### InfoSeek - Foldoc
foldoc.org/**InfoSeek**
**InfoSeek**. <company> A company providing **InfoSeek** Net Search, a free World-Wide Web search service which, in August 1995, indexed the full text of over ...

### InfoSeek Personal Version - Download
**infoseek**-personal-version.en.softonic.com/ ▾
Free - Windows - Utilities/Tools
**InfoSeek** Personal Version, free download. **InfoSeek** Personal Version 3.2: **InfoSeek** - the advanced search tool for targeted infomation,....

### Disney to acquire the rest of Infoseek, create Internet unit ...
articles.baltimoresun.com/...07.../9907130098_1_**infoseek**-internet-disne... ▾
Jul 13, 1999 - BURBANK, Calif. -- Walt Disney Co., the world's second-largest entertainment company, said yesterday that it will buy the rest of **Infoseek** Corp., ...

### InfoSeek 2.4 Download (Free) - InfoSeek.exe
**infoseek**.software.informer.com › Internet Tools › Browser extensions ▾
**InfoSeek** - the advanced search tool for directional infomation, is designed to extract customized information (such as email address, phone/fax number, Zip ...

### Infoseek exec arrested | News | Geek.com
www.geek.com/news/**infoseek**-exec-arrested-566678/ ▾
In a huge public relations blow to the Disney/Go Network, an **Infoseek** executive in charge of combining Disney's numerous Internet holdings into the Go ...

### Infoseek Software Systems jobs in Uttar Pradesh
www.indeed.co.in/**Infoseek**-Software-Systems-jobs-in-Uttar-... ▾   Indeed.com ▾
Jobs 1 - 10 of 15 - 15 **Infoseek** Software Systems Jobs available in Uttar Pradesh on Indeed.com. one search. all jobs.

### Disney Agrees to Acquire Majority Stake in Infoseek - WSJ
online.wsj.com/articles/SB93177879457164506   The Wall Street Journal ▾
Disney agreed to buy majority control of **Infoseek**, accelerating its move for a leading role on the Internet.

Searches related to infoseek

**search engines**    ‹ Goooooooooogle ›

**lycos**

**people search**

search engines    infoseek corporation

infoseek mail

infoseek technologies

Previous    1  2  3  4  5  **6**  7  8  9  10    Next

● Pico-Union, Los Angeles, CA - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy & Terms

Google

infoseek     🔍     +Lance

**Web**   News   Images   Shopping   Videos   More ▾   Search tools

Page 7 of about 6,850,000 results (0.23 seconds)

**Infoseek みんなの調整: 飲み会や旅行に使えるスーパー簡単 ...**
schedule.**infoseek**.co.jp/ ▾ Translate this page
「**Infoseek** みんなの調整」は、飲み会やBBQなどのイベント開催をお手伝いする日程調整ツールです。開催したいイベントの名前を入力し、候補日をピックアップするだけで、...

**Short History of Early Search Engines – The History of SEO**
www.thehistoryofseo.com/.../Short_History_of_Early_Search_Engines.a... ▾
Short history of early search engines on The History of SEO website including Excite, Yahoo!, WebCrawler, Lycos, **Infoseek**, AltaVista, Inktomi, Ask Jeeves, ...

**INFOSEEK - WikiEducator**
wikieducator.org/**INFOSEEK** ▾ WikiEducator ▾
Feb 26, 2012 - **INFOSEEK** a five-faceted Information Literacy model aims at familiarizing you with various information resources available, search tools and ...

**Infoseek_百度百科**
baike.baidu.com/view/1450341.htm ▾ Translate this page Baidu Baike ▾
1993年6月第一个World Wide Wed Wanderer和10月第二个搜索引擎ALIWEB出现后。1994年1月. **Infoseek**创立. 其搜索服务稍后才 正式推出. **Infoseek**是早期最 ...

**Infoseek求人・転職 - Type**
type.jp/s/**infoseek**/ ▾ Translate this page
インフォシークがお届けする転職・求人情報。あなたのこだわりにマッチする転職活動を完全サポート。希望の年収、職種、勤務地などあなたのこだわり条件で簡単求人検索 ...

**⑤:スマホ版Infoseekラッキーくじ -【楽天】ラッキーくじ一覧**
https://kuji.rakuten.co.jp/fb111e55ef - Translate this page   Rakuten ▾
A description for this result is not available because of this site's robots.txt — learn more.

**InfoSeek - NetLingo The Internet Dictionary: Online ...**
www.netlingo.com/word/**infoseek**.php ▾
**InfoSeek**. A service that uses search engine technology to scour the Web for pages that mention a word or phrase you specify. See also : search engine.

**inforseek.com - inforseek Resources and Information.**
www.inforseek.com/ ▾
inforseek.com is your first and best source for all of the information you're looking for. From general topics to more of what you would expect to find here, ...

**Szukaj w Onet.pl - wyszukiwarka stron internetowych**
szukaj.onet.pl/ ▾ Translate this page
Największa polska wyszukiwarka stron internetowych umożliwiająca przeszukiwanie zasobów portalu Onet.pl, zasilana światowymi wynikami Google.

[PDF] **AltaVista Excite HotBot Infoseek Lycos Northern Light ...**
www.llrx.com/images/chart1.pdf ▾
1998 Diana Botluk. AltaVista altavista.digital.com. Excite www.excite.com. HotBot www.hotbot.com. **Infoseek** www.**infoseek**.com. Lycos www.lycos.com. Northern.

Searches related to infoseek

**search engines**          **infoseek corporation**

**lycos**                   **infoseek mail**

**people search**    infoseek **technologies**

**excite**    infoseek **percentage calculator**

‹ Goooooooooogle ›

**Previous**    2  3  4  5  6  7  8  9  10  11    **Next**

● Pico-Union, Los Angeles, CA - From your Internet address - **Use precise location** - Learn more

Help    Send feedback    Privacy & Terms



Google    infoseek    🔍    +Lance    👤

Web    News    Images    Shopping    Videos    More ▾    Search tools

Page 8 of about 6,850,000 results (0.26 seconds)

### Infoseek マネー サービス終了のお知らせ
money.www.**infoseek**.co.jp/ ▾ Translate this page
すでにご案内のとおり、「**Infoseek** マネー」は、2011年12月17日(土)をもって終了させてい
ただきました。長年ご利用くださいまして、誠にありがとうございました。心から御礼 ...

### Verity Ultraseek - Python
https://www.python.org/about/success/verity/ ▾ Python ▾
**Infoseek** released the original version of Ultraseek Server on March 31, 1997. It was
built by wrapping **Infoseek's** core search technology with Python, in order to ...

### Infoseek's Approach to Distributed Search - Steve Kirsch
www.skirsch.com/papers/distributed.html ▾
Abstract, This paper describes some of the outstanding issues for searching the Internet
and also how **Infoseek** is approaching the problem of distributed search ...

### Weather Underground: Weather Forecast & Reports - Long ...
**infoseek**.wunderground.com/ ▾
Weather Underground provides local & long range Weather Forecast, weather reports,
maps & tropical weather conditions for locations worldwide.

### Infoseek Executive Is Charged With Seeking Sex From Minor
www.nytimes.com/.../**infoseek**-executive-is-charged-... ▾ The New York Times ▾
Sep 21, 1999 - An **Infoseek** Corporation executive who has overseen the Walt Disney
Company's on-line operation, the Go Network, has left the company after ...

### Market Place; Disney to Merge Internet Holdings With Infoseek
www.nytimes.com/.../the-markets-market-place-disne... ▾ The New York Times ▾
Jul 13, 1999 - Disney already owns roughly 42 percent of **Infoseek**. The deal, which had
been widely expected, is the company's attempt to create an entity ...

### Updates/Media and Technology; Infoseek Revises Its ...
www.nytimes.com/.../updates-media-and-technology-... ▾ The New York Times ▾
Oct 20, 1997 - And now the **Infoseek** Corporation, whose patented search-engine
technology is highly acclaimed but whose stock price has languished, ...

### Portfolio See the latest and greatest. - Menlo Ventures
www.menloventures.com/portfolio/**infoseek** ▾ Menlo Ventures ▾
Menlo Ventures · Jobs Twitter Facebook Limited Partners · Home · Portfolio · Latest ·
Team · About · Contact · Follow us on Twitter · Like us on Facebook. <.

### Infoseek's experiences searching the Internet - ACM Digital ...
dl.acm.org/ft_gateway.cfm?id... ▾ Association for Computing Machinery ▾
by S Kirsch - 1998 - Cited by 65 - Related articles
This article recounts both amusing and useful data **Infoseek** has gathered over the past
four years ... **Infoseek** began writing a search engine in Java a year ago.

### infoseek - IP Addresses of Search Engine Spiders
www.iplists.com/**infoseek**.txt
A description for this result is not available because of this site's robots.txt – learn more.

Searches related to infoseek

**search engines**    **infoseek corporation**

**lycos**          infoseek **mail**

**people search**   infoseek **technologies**

**excite**          infoseek **percentage calculator**

‹ Gooooooooogle ›

Previous   3  4  5  6  7  8  9  10  11  12   Next

● Pico-Union, Los Angeles, CA - From your Internet address - **Use precise location** - Learn more

Help      Send feedback      Privacy & Terms



+Lance

Web   News   Images   Shopping   Videos   More ▾   Search tools

Page 9 of about 6,850,000 results (0.23 seconds)

### Infoseek Technologies - Local Miami Guide
localmiamiguide.com/**infoseek**-technologies/ ▾
**Infoseek** Technologies offers great marketing products and service - call us today!
786.447.7948.

### Brain-scans can defeat terrorism, InfoSeek founder claims ...
www.theregister.co.uk/.../brainscans_can_defeat_terrorism_i... ▾   The Register ▾
Oct 3, 2001 - Steve Kirsch, founder of **InfoSeek** and current CEO of data management
outfit Propel Software, reckons that the relevant technology companies ...

### What does INFOSEEK stand for? - Abbreviations.com
www.abbreviations.com/**Infoseek** ▾
Find out what is the full meaning of **INFOSEEK** on Abbreviations.com! The Web's largest
and most authoritative acronyms and abbreviations resource.

### InfoSeek Robot 1.0 - The Web Robots Pages
www.robotstxt.org/db/**infoseek**.html ▾   The Web Robots Pages ▾
May 28, 1995 - Name, **InfoSeek** Robot 1.0. Cover, http://www.**infoseek**.com. Details.
Status. Description. Its purpose is to generate a Resource Discovery ...

### STK - Steve Kirsch (founder of Infoseek) - Acronym Finder
www.acronymfinder.com/Steve-Kirsch-(founder-of-**infoseek**)-(STK).html ▾
What does STK stand for? STK stands for Steve Kirsch (founder of **Infoseek**). This
definition appears very rarely The World's most comprehensive professionally ...

### Express by Infoseek
https://www.iana.org/.../vnd.is-xpr ▾   Internet Assigned Numbers Authority ▾
Date: Tue, 4 Aug 1998 10:17:54 -0700 (PDT) From: Satish Natarajan <
satish@infoseek.com> To: iana@iana.org, satish@infoseek.com Subject: Request for
MIME ...

### Details of "Infoseek SideWinder/2.0B (Linux 2.4 i686)" user ...
www.user-agents.org/cgi-bin/csv2html.pl?data=allagents.csv... ▾
Name: **Infoseek** SideWinder/2.0B (Linux 2.4 i686). Category: R. Description: **Infoseek**
Japan robot. Notice: 210.148.160.1xx. Link: http://www.**infoseek**.com. Link: ...

### Infoseek | Re/code
recode.net/tag/**infoseek**/
**Infoseek**. Media · Iger on Why Disney Needs Tech Heavies More Than Ever. By Kara
Swisher. Jan 2, 2014, 3:32 PM PST. Trending Mobile World Congress: ...

### Infoseek / Go Network - from Shove-it.com
www.shove-it.com/**infoseek** ▾
**Infoseek** / GO Network Free Online Games Back Doors -- from Shove-it.com. Shove-it
Online Games · Yahoo! Games · Pogo Games. Card Games: • Bridge

### Harry Motro - Riptide - Nieman Journalism Lab
www.niemanlab.org/.../harry-motro/ ▾   Nieman Foundation for Journalism ▾
In the past, Harry served as President and Chief Executive Officer of **Infoseek** Corp.
Under his leadership, **Infoseek** provided a consumer search engine and web ...

Searches related to infoseek

search engines    infoseek corporation

lycos    infoseek mail

people search    infoseek technologies

**‹** Gooooooooogle **›**

Previous    4   5   6   7   8   **9**   10   11   12   13    Next

● Pico-Union, Los Angeles, CA - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy & Terms



Google

infoseek

+Lance

Web    News    Images    Shopping    Videos    More ▾    Search tools

Page 10 of about 6,850,000 results (0.23 seconds)

### Promote Your Web Site: Spotlight on InfoSeek
www.tvpress.com/promote/**infoseek**.htm ▾
**Infoseek** is one of dozens of search engines you will get the inside scoop on in Increase
Your Web Traffic In A Weekend. Not only does **Infoseek** maintain one of ...

### Popular Search Engines in the 90's: Then and Now
sixrevisions.com/web.../popular-search-engines-in-the-90s-then-and-now... ▾
Sep 12, 2009 - I was a huge fan of **Infoseek** back in the day because you could run a ...
for a while Google even had "try your search on AltaVista/**Infoseek**/Etc" ...

### Site Visit: Infoseek - ERE.net
www.ere.net/1998/10/04/site-visit-**infoseek**/ ▾
Oct 4, 1998 - **Infoseek** garners a 21.5% share of those who use search engines,
according to a July report from Relevant Knowledge. But, why so many ...

### InfoSeek Search
www.infobro.com/isrchb.htm ▾
Type in words and phrases to Search the Net. For fast access to Web searching,
bookmark this page! Helpful Tips.

### Infoseekメールのフォルダ分け、フィルタ設定方法｜迷惑メール ...
mail-wake.com/manual/**infoseek**.html ▾ Translate this page
楽天インフォシークのフォルダ分け、フィルタ設定方法を説明しているページです。**infoseek**
のフォルダ分けは5分ほどで終わる簡単な作業です。フィルタ設定をすることで迷惑 ...

### Search Engine Dictionary: Glossary of Search Engine Terms
www.searchenginedictionary.com/i.shtml ▾
**Infoseek** is the old name for the Go.com search engine. Go.com was acquired by
Disney and started displaying results from Overture, a PPC search engine.

### METALLICA - Encyclopedia Metallica - Song Info - Seek ...
www.encycmet.com/songs/skseeknd.shtml ▾
If Metallica is performing "Seek & Destroy" live some parts of the vocals are handled by
Jason. And James is holding the microphone to the fans to hear them ...

### Infoseek
www.**infoseek**.it/ ▾ Translate this page
Novità, anticipazioni e recensioni sui videogiochi per playstation xbox e wii.

### InfoSeek Hub | APRIL 2012 TB THEME
**infoseek**hub.com/ ▾
Curabitur lectus tortor, dapibus quis fringilla nec, iaculis at tortor. Sed non hendrerit urpis.
Duis viverra purus sit amet nisi tincidunt at iaculis velit ullamcorper.

### Job Oriented Training - Training@Infoseek
www.trainingat**infoseek**.com/job-oriented-training/ ▾
**Infoseek** provides job oriented training, inhouse summer/winter training for such
engineering graduates who are pass-outs and are not able to grab a good job ...

Searches related to infoseek

**search engines**         **infoseek corporation**

**lycos**                  **infoseek mail**

**people search**    infoseek **technologies**

**excite**    infoseek **percentage calculator**

‹ Goooooooooogle ›

**Previous**    5  6  7  8  9  **10**  11  12  13  14    **Next**

⬤ Pico-Union, Los Angeles, CA - From your Internet address - **Use precise location** - Learn more

Help      Send feedback      Privacy & Terms