# EXHIBIT D

| | |
|---|---|
| **From:** | Andrea P Roberts |
| **Sent:** | Thursday, October 23, 2014 3:18 PM |
| **To:** | Justin A. Nelson; Amanda Bonn; John Lahad; Shawn Blackburn; Meng Xi; Alexander L. Kaplan; Cyndi Obuz; John Dolan; Tammie J. DeNio; 'jrambin@capshawlaw.com'; 'ederieux@capshawlaw.com'; 'ccapshaw@capshawlaw.com'; 'jw@wsfirm.com'; 'Claire@wsfirm.com'; Max L. Tribble; Parker Folse; Stacy Schulze |
| **Cc:** | QE-Google-Rockstar; James Mark Mann; Andy Tindel; Gregory Blake Thompson |
| **Subject:** | Rockstar v. Google - Expedited Briefing |

Justin,

I write regarding the parties' planned expedited discovery motions.  Yesterday, you suggested that the parties file them tomorrow, Friday, October 24.  That is acceptable to us.

Thanks,
Andrea

**Andrea Pallios Roberts**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5023 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
andreaproberts@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.