IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**GOOGLE INC.**<br><br>    **Defendant.** | **Case No. 2:13-cv-00893-JRG-RSP**<br><br><br>**JURY TRIAL DEMANDED** |

**<u>SIGNATURE PAGE AND CERTIFICATE OF SERVICE (DKT. NO. 275)</u>**

Below is the signature of counsel and Certificate of Service corresponding to Docket No. 275, the Additional Attachments filed under seal to Plaintiffs' Sur-Reply to Defendant Google's Objections (Dkt. 188) to the Magistrate's Memorandum Opinion and Order (Dkt. 165) Denying Google's Motion to Transfer, served on November 13, 2014.

DATED: November 14, 2014      Respectfully submitted,

                                   By: /s/ Amanda K. Bonn
                                          Max L. Tribble, Jr. – Lead Counsel
                                          State Bar No. 20213950
                                          Alexander L. Kaplan, State Bar No. 24046185
                                          John P. Lahad, State Bar No. 24068095
                                          Shawn Blackburn, State Bar No.
                                          **SUSMAN GODFREY L.L.P.**
                                          1000 Louisiana Street, Suite 5100
                                          Houston, Texas 77002
                                          Telephone:  (713) 651-9366
                                          Facsimile:  (713) 654-6666
                                          mtribble@susmangodfrey.com
                                          akaplan@susmangodfrey.com
                                          jlahad@susmangodfrey.com
                                          sblackburn@susmangodfrey.com

                                          Justin A. Nelson, State Bar No. 24034766
                                          Parker C. Folse, III, WA State Bar No. 24895
                                          Kristin Malone, WA State Bar No. 46251
                                          **SUSMAN GODFREY L.L.P.**
                                          1201 Third Ave, Suite 3800
                                          Seattle, Washington 98101
                                          Telephone: (206) 516-3880
                                          Facsimile:  (206) 516-3883
                                          jnelson@susmangodfrey.com
                                          pfolse@susmangodfrey.com
                                          kmalone@susmangodfrey.com

                                          Amanda K. Bonn, CA State Bar No. 270891
                                          Meng Xi, CA State Bar No. 280099
                                          **SUSMAN GODFREY L.L.P.**
                                          1901 Avenue of the Stars, Suite 950
                                          Los Angeles, CA 90067
                                          Telephone: (310) 789-3131
                                          Facsimile:  (310) 789-3150
                                          abonn@susmangodfrey.com
                                          mxi@susmangodfrey.com

T. John Ward, Jr., State Bar No. 00794818
Claire Abernathy Henry, State Bar No. 24053063
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, TX  75606-1231
Telephone: (903) 757-6400
Facsimile:  (903) 757-2323
jw@wsfirm.com
claire@wsfirm.com

S. Calvin Capshaw, State Bar No. 03783900
Elizabeth L. DeRieux, State Bar No. 05770585
D. Jeffrey Rambin, State Bar No. 00791478
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX  75647
Telephone: (903) 236-9800
Facsimile:  (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

*Attorneys for Rockstar Consortium US LP and NetStar Technologies LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service, were served on the 13th day of November 2014 with a copy of the underlying document, via electronic service per Local Rule CD-5(a)(3).

*/s/ Amanda K. Bonn*
Amanda K. Bonn