**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,**<br><br>        **Plaintiffs,**<br><br>    v.<br><br>**GOOGLE INC.,**<br><br>        **Defendant.** | **Case No. 2:13-cv-00893-JRG-RSP** |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Pursuant to the Court's June 3, 2014 Standing Order regarding notification of settlements, Plaintiffs report that on November 12, 2014 a binding Term Sheet was executed that settles, in principle, all matters in controversy between the parties. Accordingly, Plaintiffs Rockstar Consortium US LP and NetStar Technologies LLC ("Rockstar"), pursuant to the terms of the Term Sheet, request that the Court order that the deadlines in case be stayed 45 days, until December 29, 2014, while the Term Sheet is reduced to a definitive agreement. This period (45 days from the Term Sheet) is necessary due to the complexity of the transaction and the number of additional parties whose claims are concurrently being resolved. Google does not oppose this request. Rockstar does not believe that the trial date should be moved at this point. Google believes that, given the current trial date and the remaining schedule, the requested stay would make the current trial date not practicable. (*See e.g.* Dkt., 266.) Thus, it is Google's position that, should the stay be granted, all remaining dates, including the trial date in this action, should be either vacated, or moved 45 days.

DATED: November 17, 2014         Respectfully submitted,

                                                   By:   */s/ Justin A. Nelson*
                                                      Max L. Tribble, Jr. – Lead Counsel
        State Bar No. 20213950
        Alexander L. Kaplan, State Bar No. 24046185
        John P. Lahad, State Bar No. 24068095
        Shawn Blackburn, State Bar No. 24089989
        **SUSMAN GODFREY L.L.P.**
        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002
        Telephone: (713) 651-9366
        Facsimile: (713) 654-6666
        mtribble@susmangodfrey.com
        akaplan@susmangodfrey.com
        jlahad@susmangodfrey.com
        sblackburn@susmangodfrey.com

        Justin A. Nelson, State Bar No. 24034766
        Parker C. Folse, III, WA State Bar No. 24895
        **SUSMAN GODFREY L.L.P.**
        1201 Third Ave, Suite 3800
        Seattle, Washington 98101
        Telephone: (206) 516-3880
        Facsimile: (206) 516-3883
        jnelson@susmangodfrey.com
        pfolse@susmangodfrey.com

        Amanda K. Bonn, CA State Bar No. 270891
        Meng Xi, CA State Bar No. 280099
        **SUSMAN GODFREY L.L.P.**
        1901 Avenue of the Stars, Suite 950
        Los Angeles, CA 90067-6029
        Telephone: (310) 789-3100
        Facsimile: (310) 789-3150
        abonn@susmangodfrey.com
        mxi@susmangodfrey.com

        T. John Ward, Jr., State Bar No. 00794818
        Claire Abernathy Henry, State Bar No. 24053063
        **WARD & SMITH LAW FIRM**
        P.O. Box 1231
        Longview, TX 75606-1231
        Telephone: (903) 757-6400
        Facsimile: (903) 757-2323
        jw@wsfirm.com
        claire@wsfirm.com

        S. Calvin Capshaw, State Bar No. 03783900
        Elizabeth L. DeRieux, State Bar No. 05770585

D. Jeffrey Rambin, State Bar No. 00791478
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com
jrambin@capshawlaw.com

*Attorneys for Rockstar Consortium US LP and NetStar Technologies LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties have met and conferred on the 17th day of November, 2014 and counsel for Defendants are unopposed as to the disposition of the matters raised in this motion.

                                        /s/ Justin A. Nelson

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 17th day of November, 2014 with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3).

                                        /s/ Justin A. Nelson