# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROCKSTAR CONSORTIUM US LP | § | |
|    v. | § § | Case No. 2:13-CV-893-JRG-RSP |
| GOOGLE, INC. | § § | |

## ORDER

Previously, the Court appointed David Keyzer as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Keyzer's invoice for services through November 6, 2014 in the amount of $39,968.48 and hereby **ORDERS** payment to be promptly made as follows:

   Plaintiff: $19,984.24

   Defendant: $19,984.24

**SIGNED this 19th day of November, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE