AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Rockstar Consortium US LP, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:13-cv-893 |
| Google Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Susman Godfrey L.L.P.

Date: 01/22/2015

/s/ Neal S. Manne
*Attorney's signature*

Neal S. Manne, TX 12937980
*Printed name and bar number*

Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002

*Address*

nmanne@susmangodfrey.com
*E-mail address*

(713) 651-9366
*Telephone number*

(713) 654-6666
*FAX number*