UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES, LLC | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CASE NO. 2:13-CV-00893-JRG-RSP |
| GOOGLE INC., | § § § | |
| *Defendant* | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

NOTICE IS HEREBY GIVEN that John T. Cox III, Christopher J. Schwegmann, David S. Coale, Jon R. Patton, and the law firm of **Lynn Tillotson Pinker & Cox, LLP**, 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201; Telephone (214) 981-3800; Facsimile (214) 981-3839, hereby make this limited appearance as counsel of record for Plaintiffs Rockstar Consortium US and NetStar Technologies, LLC in the above-numbered and styled cause in connection with relief sought by Susman Godfrey, L.L.P.

John T. Cox III will appear as the lead attorney. Please serve this office with all proceedings relating to this matter from this time forth, including any notice of hearing regarding the "Ex Parte Motion" and any other motions or pleadings filed by Susman Godfrey, L.L.P.

DATED: January 23, 2015          Respectfully submitted,

*/s/ Christopher J. Schwegmann*
John T. Cox III
tcox@lynnllp.com
Christopher J. Schwegmann
cschwegmann@lynnllp.com
State Bar No. 24051315
David S. Coale
State Bar No. 00787255
dcoale@lynnllp.com
Jon R. Patton
State Bar No. 24088198
jpatton@lynnllp.com
**LYNN, TILLOTSON, PINKER & COX, LLP**
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

COUNSEL FOR PLAINTIFF ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service.

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann