IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROCKSTAR CONSORTIUM US LP, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 2:13-CV-893-JRG |
| GOOGLE INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court are the *Ex Parte* Motion to Intervene (Dkt. No. 295) and the *Ex Parte* Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 297) filed by Susman Godfrey L.L.P.

At 9:30 a.m. on January 23, 2015 the Court held a telephonic conference with counsel representing the movant-intervenor Susman Godfrey L.L.P ("Susman"). At said conference, the Court directed counsel for Susman to contact counsel for the Plaintiffs in this matter (collectively, "Rockstar"), provide Rockstar with a copy of all material submitted to the Court *ex parte* and *in camera*, and to inform Rockstar that the Court would conduct a second telephonic hearing at 10:45am that day in order to address Susman's Motion to Intervene and its Motion for a Temporary Restraining Order and Preliminary Injunction.

At 10:45 a.m., the Court held a second telephonic conference with respect to Susman's *ex parte* motions. Counsel for both Susman and Rockstar appeared at said second conference. As announced on the record at that time, the Court hereby **ORDERS** that Susman's *Ex Parte* Motion to Intervene (Dkt. No. 295) is **GRANTED**. With respect to Susman's *Ex Parte* Motion

- 2 -

for a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 297), the Court further **ORDERS** as follows:

- In consideration of Rockstar's representation that it will maintain the status quo with respect to the funds at issue until at least 5:00 p.m. on Monday, January 26, 2015, Susman's Motion for a Temporary Restraining Order is **DENIED-AS-MOOT**.

- Susman's Motion for a Preliminary Injunction is set for a hearing to be conducted in Marshall, Texas on Monday, January 26, 2015 at 10:00 a.m.

- Rockstar is granted leave to file its opposition to Susman's Motion for a Preliminary Injunction, and is directed to file such briefing as soon as is practicable but in no case later than 7:00 p.m. on Sunday, January 25, 2015.

**So ORDERED and SIGNED this 23rd day of January, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE