UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SUSMAN GODFREY L.L.P., § § § § § § § § § § § § § § § § § § § § § § § § § § §<br>Plaintiff Intervenor,<br>v.<br>ROCKSTAR CONSORTIUM U.S. L.P., ROCKSTAR CONSORTIUM LLC, ROCKSTAR CONSORTIUM INC., NETSTAR TECHNOLOGIES, LLC,<br>Defendants-In-Intervention.<br>ROCKSTAR CONSORTIUM U.S. L.P. AND NETSTAR TECHNOLOGIES, LLC,<br>Plaintiffs,<br>v.<br>GOOGLE, INC.<br>Defendant. | Civil Action No. 13-cv-00893-JRG-RSP |

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL AND *IN CAMERA***

Defendants-In-Intervention Rockstar Consortium U.S. L.P., Rockstar Consortium LLC, Rockstar Consortium, Inc., and NetStar Technologies, LLC (together, "Rockstar") file this Certificate of Authorization to File Under Seal and In Camera.

On January 25, 2015, Rockstar filed its Response in Opposition to Susman Godfrey's Emergency *Ex Parte* Motion for a Temporary Restraining Order and Preliminary Injunction. *See* Dkt. #301. Rockstar inadvertently failed to attach a Certificate of Authorization to file under seal. On January 26, 2015, the Court advised Rockstar of this filing deficiency.

Accordingly, Rockstar hereby certifies that its Response in Opposition to Susman Godfrey's Emergency *Ex Parte* Motion for a Temporary Restraining Order and Preliminary Injunction was (and should be) filed under seal because it contains material covered by the protective order approved and entered in this case on June 19, 2014 (Dkt. #90).  In addition, Rockstar's Response further contains information that would be subject to the attorney client privilege, but for Susman Godfrey's dispute with Rockstar.  As a result, Rockstar's Response was also filed *in camera*.

DATED: January 26, 2015                                    Respectfully submitted,

*/s/ Christopher J. Schwegmann*
John T. Cox III
State Bar No. 24003722
tcox@lynnllp.com
Christopher J. Schwegmann
State Bar No. 24051315
cschwegmann@lynnllp.com
David S. Coale
State Bar No. 00787255
dcoale@lynnllp.com
Jonathan R. Patton
State Bar No. 24088198
jpatton@lynnllp.com
**LYNN, TILLOTSON, PINKER & COX, LLP**
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Telephone:  (214) 981-3800
Facsimile:   (214) 981-3839

COUNSEL FOR PLAINTIFF ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing was served on all counsel of record who have consented to electronic service.

>  */s/ Christopher J. Schwegmann*
>  Christopher J. Schwegmann