IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC,**<br><br>    **Plaintiffs,**<br><br>  v.<br><br>**GOOGLE INC.,**<br><br>    **Defendant.** | Case No. 2:13-cv-00893-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiffs Rockstar Consortium US LP and NetStar Technologies LLC ("Rockstar") and Defendant and Counterclaim-Plaintiff Google, Inc. ("Google") announced to the Court that they have resolved Rockstar's claims for relief against Google asserted in this case and Google's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Rockstar and Google have therefore requested that the Court dismiss Rockstar's claims for relief against Google with prejudice and Google's claims, defenses and/or counterclaims for relief against Rockstar with prejudice, and with all attorneys' fees, costs and expenses to be borne by the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Rockstar's claims for relief against Google are dismissed with prejudice and Google's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

The Clerk is Ordered to close Case No. 2:13-00893-JRG-RSP.

**SIGNED this 29th day of January, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE