IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 13-cv-00893-RG |
| v. | ) ) | |
| GOOGLE INC. | ) ) | |
| Defendant. | ) ) ) | |

**JOINT NOTICE REGARDING STIPULATION ON GOOGLE'S MOTION TO ENFORCE THE PROTECTIVE ORDER**

Plaintiffs Rockstar Consortium US LP and Netstar Technologies LLC ("Rockstar"), and Defendant Google Inc. ("Google") file this notice regarding Google's Motion to Enforce the Protective Order (Dkt. 90).

On February 20, 2015, Google Inc. filed its motion. Dkt. 310. The Court set a hearing on the motion for April 2, 2015 at 2:00 PM before Magistrate Judge Roy S. Payne.

The parties have met and conferred and reached a resolution of the issues in that motion. The parties agree that the deadline to return or destroy Designated Materials under the Protective Order should be extended one week, to April 6, 2015, and that Susman Godfrey LLP will not use or produce Google Designated Materials in its fee dispute with Rockstar. The parties believe this agreement fully resolves Google's motion.

Accordingly, the parties respectfully request that the Court enter the attached stipulated proposed order.

Respectfully submitted,

| | |
|---|---|
| */s/* Johnny William Carter *(with permission)* | */s/* Carl G. Anderson |

Thomas John Ward, Jr.
  jw@wsfirm.com
Claire Abernathy Henry
  claire@wsfirm.com
Ward & Smith Law Firm
PO Box 1231
1127 Judson Road
Suite 220
Longview, TX 75606
903/757-6400

Johnny William Carter
  jcarter@susmangodfrey.com
Alexander Lyle Kaplan
  akaplan@susmangodfrey.com
John Pierre Lahad
  jlahad@susmangodfrey.com
Max Lalon Tribble, Jr.
  mtribble@susmangodfrey.com
Susman Godfrey - Houston
1000 Louisiana Street
Ste 5100
Houston, TX 77002-5096
713/653-7835

Justin Adatto Nelson
  jnelson@susmangodfrey.com
Kristin Malone
  kmalone@susmangodfrey.com
Parker C Folse, III
  pfolse@susmangodfrey.com
Susman Godfrey, LLP - Seattle
1201 Third Avenue
Suite 3800
Seattle, WA 98101
206/516-3867

**ATTORNEYS FOR PLAINTIFFS
ROCKSTAR CONSORTIUM US LP AND
NETSTAR TECHNOLOGIES LLC**

James Mark Mann
  mark@themannfirm.com
Andy Tindel
  atindel@andytindel.com
Gregory Blake Thompson
  blake@themannfirm.com
Mann Tindel & Thompson
300 W. Main
Henderson, TX 75652
903-657-8540

Charles K. Verhoeven
  charlesverhoeven@quinnemanuel.com
David A. Perlson
  davidperlson@quinnemanuel.com
Carl G. Anderson
  carlanderson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600

Robert Wilson
  robertwilson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan
51 Madison Ave., 22nd Floor
New York, NY 10010
212-849-7145

**ATTORNEYS FOR DEFENDANT
GOOGLE INC.**

3

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record are being served via electronic mail with a copy of this document on March 31, 2015.

          /s/ Carl G. Anderson
Carl G. Anderson
carlanderson@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600