IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKSTAR CONSORTIUM US LP AND NETSTAR TECHNOLOGIES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 13-cv-00893-RG <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING STIPULATION REGARDING GOOGLE'S MOTION TO ENFORCE THE PROTECTIVE ORDER (DKT. 90)

On February 20, 2015, Google Inc. filed its Motion to Enforce Protective Order (Dkt. 90). The Court has been informed that the parties have reached a resolution of the issues in that motion. Specifically, the parties stipulate that the deadline to return or destroy Designated Materials under the Protective Order be extended one week, to April 6, 2015, and that Susman Godfrey LLP will not use or produce Google Designated Materials in its fee dispute with Rockstar.

Pursuant to stipulation, it is so ORDERED.